■ PAUL NAGY, Appellant, v JOHN HEUSS HOUSE DROP IN SHELTER FOR THE HOMELESS, Respondent. [605 NYS2d 842] —Order, Supreme Court, New York County (Herman Cahn, J.), entered August 12, 1992, which denied plaintiff's motion for a default judgment pursuant to CPLR 3215, unanimously affirmed, with costs.

Plaintiff has not complied with the requirements of service of process by mail pursuant to CPLR 312-a. He failed to enclose requisite statements of service, an acknowledgement for defendant's subscription and a stamped return envelope. Service was never completed and the action was never properly commenced. Accordingly, plaintiff's motion was properly

denied. Concur—Sullivan, J. P., Ross, Kassal, Rubin and Nardelli, JJ.